United States Courts Southern
District of Texas
FILED

*August 17, 2023*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. **4:23-cr-00367** |
| | § | |
| JUAN DIEGO CAPORALES | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One
(Conspiracy to Possess with Intent to Distribute a Controlled Substance)

On or about June 18, 2021 continuing through on or about June 26, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, defendant

JUAN DIEGO CAPORALES

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(A).

### Count Two
(Traveling Interstate to Deal Firearms Without a License)

On or about November 25, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant

JUAN DIEGO CAPORALES

with the intent to engage in conduct that constitutes a violation of Title 18 United States Code, Section 922(a)(1)(A) (dealing in firearms without a license), traveled from Texas into California

and acquired or attempted to acquire firearms in California in furtherance of dealing in firearms without a license.

In violation of Title 18, United States Code, Sections 924(n) and 2.

## **Count Three**
(Possession with Intent to Distribute a Controlled Substance)

On or about November 29, 2022, in the Southern District of Texas, and within the jurisdiction of the Court, defendant

JUAN DIEGO CAPORALES

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 500 grams, that is, approximately 846 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## **Count Four**
(Using and Carrying a Firearm)

On or about November 29, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant

JUAN DIEGO CAPORALES

did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking crime, to-wit: possession with intent to distribute a controlled substance as charged in Count Three for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(A)(i) and 2.

**Count Five**
(Receipt of Firearm by a Prohibited Person)

On or about November 29, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant

JUAN DIEGO CAPORALES

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Evading or Attempting to Evade Taxes on Motor Vehicle Fuel in Cause Number 21-0881-K26 in the 26th Judicial District Court, Williamson County, Texas and Credit/Debit Card Abuse and Unlawful Use of a Criminal Instrument in Cause Number 22cr-115 in the 349th Judicial District Court in Houston County, Texas, did willfully receive a firearm, that is, an AR-15 Bushmaster, model XM-15 E2S, with serial number BK503302, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

**Count Six**
(Dealing in Firearms Without a License)

From on or about November 25, 2022, continuing through on or about June 26, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant

JUAN DIEGO CAPORALES

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D) and 2.

**Count Seven**
(Traveling Interstate to Deal in Firearms Without a License)

On or about January 8, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant

JUAN DIEGO CAPORALES

with the intent to engage in conduct that constitutes a violation of Title 18 United States Code, Section 922(a)(1)(A) (dealing in firearms without a license), traveled from Texas into Louisiana and acquired or attempted to acquire firearms in Louisiana in furtherance of dealing in firearms without a license.

In violation of Title 18, United States Code, Sections 924(n) and 2.

## **NOTICE OF CRIMINAL FORFEITURE**

(Title 18 U.S.C. § 924(d)(1) and Title 28 U.S.C. § 2461(c))

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendant

JUAN DIEGO CAPORALES

that upon conviction of a knowing violation of Title 18, United States Code, Sections 922(g) or 924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture, including but not limited to: a privately made, AR-15 rifle, model unknown, serial number unknown, and an AR-15 Bushmaster, model XM-15 E2S, with serial number BK503302.

A TRUE BILL

**Original Signature on File**
_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Casey N. MacDonald*

CASEY
MACDONALD

Digitally signed by CASEY
MACDONALD
Date: 2023.08.14 14:05:52 -05'00'

Casey N. MacDonald

4

Assistant United States Attorney

ANIBAL ALANIZ
Digitally signed by ANIBAL
ALANIZ
Date: 2023.08.14 14:10:34 -05'00'

_____

Anibal J. Alaniz
Assistant United States Attorney