United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:23-CR-00367 |
| § | |
| JUAN DIEGO CAPORALES § | |

**ORDER**

This case is currently set for pre-trial March 6, 23025 and jury trial March 10, 2025, the settings are canceled and will be reset to a date to be determined.

It is hereby ORDERED that a status conference is scheduled April 3, 2025, at 10:00 AM.

Signed on February 28, 2025.

_____
Alfred H. Bennett
United States District Judge